[Civ. No. 7037. First Appellate District, Division One.—July 30, 1929.]

JAMES J. REDMOND, Petitioner, v. JOHN H. THIELER, as Treasurer, etc., Respondent.

Robert L. McWilliams for Petitioner.

No appearance for Respondent.

THE COURT.— It is ordered that the petition for a writ of mandate in the above-entitled matter be denied on the ground that the application was not made to the Superior Court in the first instance.